United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Thomas Waring  
Lee Anne Waring  
       Debtors

Case No. 18-13475-ref  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4      User: Lisa      Page 1 of 1      Date Rcvd: Apr 05, 2019  
                        Form ID: trc      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 07, 2019.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
14174597      +E-mail/Text: bankruptcy@loanpacific.com Apr 06 2019 02:37:19      Pacific Union Financial, LLC,  
         1603 LBJ Freeway, Suite 500,     Farmers Branch, TX 75234-6071  
                                                                                                                    TOTAL: 1

             ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 07, 2019                                                                                  Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 5, 2019 at the address(es) listed below:  
        FRANCIS THOMAS TARLECKI    on behalf of Creditor    Pacific Union Financial, LLC  
         ecfmail@ecf.courtdrive.com,    ecfmail@mwc-law.com  
        FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,  
         ecf_frpa@trustee13.com  
        JOHN   MOLNAR    on behalf of Creditor    Wind Gap Municipal Authority molnar@ptd.net,  
         G25801@notify.cincompass.com  
        KEVIN G. MCDONALD    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper  
         bkgroup@kmllawgroup.com  
        PAUL H. YOUNG    on behalf of Debtor Thomas  Waring support@ymalaw.com,    ykaecf@gmail.com,  
         paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com  
        PAUL H. YOUNG    on behalf of Joint Debtor Lee Anne  Waring support@ymalaw.com,    ykaecf@gmail.com,  
         paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com  
        RAYMOND M. KEMPINSKI    on behalf of Creditor    Pacific Union Financial, LLC raykemp1006@gmail.com,  
         raykemp1006@gmail.com  
        RAYMOND M. KEMPINSKI    on behalf of Creditor    PACIFIC UNION FINANCIAL LLC raykemp1006@gmail.com,  
         raykemp1006@gmail.com  
        RAYMOND M. KEMPINSKI    on behalf of Creditor    State Farm Bank, F.S.B. raykemp1006@gmail.com,  
         raykemp1006@gmail.com  
        SCOTT  WATERMAN    ECFmail@fredreiglech13.com,    ECF_FRPA@Trustee13.com  
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
        WILLIAM  MILLER*R    on behalf of Trustee WILLIAM  MILLER*R ecfemail@FredReigleCh13.com,  
         ECF_FRPA@Trustee13.com  
        WILLIAM EDWARD CRAIG    on behalf of Creditor    Santander Consumer USA Inc., d/b/a Chrysler  
         Capital ecfmail@mortoncraig.com,    mhazlett@mortoncraig.com;mortoncraigecf@gmail.com  
                                                                                                                                                          TOTAL: 13

2100 B (12/15)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 18-13475-ref
Chapter 13

In re: Debtor(s) (including Name and Address)

Thomas Waring
1635 Alpine Drive
Pen Argyl PA 18072

Lee Anne Waring
1635 Alpine Drive
Pen Argyl PA 18072

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 04/05/2019.

Name and Address of Alleged Transferor(s):

Claim No. 19: Pacific Union Financial, LLC, 1603 LBJ Freeway, Suite 500, Farmers Branch, TX 75234

Name and Address of Transferee:

Nationstar Mortgage LLC d/b/a Mr. Cooper
P.O. Box 619094
Dallas, TX 75261-9741

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:    04/07/19

Tim McGrath
**CLERK OF THE COURT**