# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Thomas Waring<br>         Lee Anne Waring<br>                    Debtors | CHAPTER 13 |
| Nationstar Mortgage LLC d/b/a Mr. Cooper<br>                    Movant<br>          vs. | |
| Thomas Waring<br>Lee Anne Waring<br>                    Debtors | NO. 18-13475 REF |
| Scott F. Waterman, Esq.<br>                    Trustee | 11 U.S.C. Section 362 |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Certificate of No Objection of Nationstar Mortgage LLC d/b/a Mr. Cooper, which was filed with the Court on or about April 29, 2019 (Doc. No 62).

        Respectfully submitted,

        **/s/ Rebecca A. Solarz, Esquire**
        Rebecca A. Solarz, Esquire
        Kevin G. McDonald, Esquire
        KML Law Group, P.C.
        BNY Mellon Independence Center
        701 Market Street, Suite 5000
        Philadelphia, PA  19106
        215-627-1322

May 1, 2019