*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Thomas Waring and Lee Anne Waring
    Debtor(s)

Case No: 18–13475–elf

Chapter: 13

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Eric L. Frank , United States Bankruptcy Judge to consider:

Motion to Dismiss Case for Failure to Make Plan Payments, feasibility and underfunding Filed by WILLIAM MILLER*R Represented by WILLIAM MILLER*R (Counsel).

on: 9/12/19

at: 10:00 AM

in: Courtroom 1, Third Floor, The Madison, 400 Washington Street, Reading, PA 19601

For The Court

Date: 8/9/19

Timothy B. McGrath
Clerk of Court

73 – 24
Form 167