United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 18-13475-elf
Thomas Waring                                                           Chapter 13
Lee Anne Waring
         Debtors

# CERTIFICATE OF NOTICE

```
District/off: 0313-4          User: Randi                 Page 1 of 3               Date Rcvd: Sep 13, 2019
                              Form ID: pdf900             Total Noticed: 72
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 15, 2019.
```
db/jdb         +Thomas Waring,    Lee Anne Waring,    1635 Alpine Drive,    Pen Argyl, PA 18072-9742
smg            +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
                 Allentown, PA 18101-1603
smg             City Treasurer,    Eighth and Washington Streets,    Reading, PA 19601
smg            +Dun & Bradstreet, INC,    3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg            +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg            +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
cr              Educational Credit Management Corporation,    P.O. Box 16408,    St. Paul, MN  55116-0408
cr             +PACIFIC UNION FINANCIAL LLC,    1601 LBJ Freeway,    Suite 500,    Farmers Branch, TX 75234-6034
cr             +Santander Consumer USA Inc., d/b/a Chrysler Capita,    P.O. Box 961275,
                 Fort Worth, TX 76161-0275
cr             +Wind Gap Municipal Authority,    16 South Broadway, Suite 3,    Wind Gap, PA 18091-1431
14112825       +Aes/suntrust,    Attn: Bankruptcy,    Po Box 2461,    Harrisburg, PA 17105-2461
14112826       +Aes/suntrust,    Po Box 61047,    Harrisburg, PA 17106-1047
14112828       +Apex Asset,    2501 Oregon Pike,    Lancaster, PA 17601-4890
14112827       +Apex Asset,    2501 Oregon Pike Ste,    Lancaster, PA 17601-4890
14165011        Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
14124597       +Chrysler Capital,    P.O. Box 961275,    Fort Worth, TX 76161-0275
14112834       +Citibank/Best Buy,    50 Northwest Point Road,    Elk Grove Village, IL 60007-1032
14112833       +Citibank/Best Buy,    Centralized Bankruptcy,    Po Box 790034,    St Louis, MO 63179-0034
14263045        ECMC,    PO Box 16408,    St. Paul, MN 55116-0408
14326687        Educational Credit Management Corporation,    P.O. Box 16408,    St. Paul, MN 551160408
14112837       +FedLoan Servicing,    Attention: Bankruptcy,    Po Box 69184,    Harrisburg, PA 17106-9184
14112838       +FedLoan Servicing,    Po Box 60610,    Harrisburg, PA 17106-0610
14112840       +Jn Portfolio Debt Equities, LLC,    5757 Phantom Dr Ste 225,    Hazelwood, MO 63042-2429
14112839       +Jn Portfolio Debt Equities, LLC,    Attn: Bankruptcy,    5757 Phantom Dr. Ste 225,
                 Hazelwood, MO 63042-2429
14112843       +Lendmark Financial Services,    1735 North Brown Road,    Suite 300,
                 Lawrenceville, GA 30043-8228
14274785       +Nationstar Mortgage LLC,    c/o Kevin G. McDonald, Esq,    701 Market Street,    Suite 5000,
                 Philadelphia, PA 19106-1541
14302618       +Nationstar Mortgage LLC d/b/a Mr. Cooper,    P.O. Box 619094,    Dallas, TX 75261-9094
14164139       +PHEAA,    PO BOX 8147,    HARRISBURG PA 17105-8147
14112849       +PHEAA/HCB,    Attn: Bankruptcy,    1200 North 7th St,    Harrisburg, PA 17102-1444
14112850       +PHEAA/HCB,    Po Box 61047,    Harrisburg, PA 17106-1047
14112848       +Pacific Union Financial,    1603 Lbj Fwy Ste 500,    Farmers Branch, TX 75234-6071
14112847       +Pacific Union Financial,    Attn: Bankruptcy,    1603 Lbj Freeway, Suite 500,
                 Farmers Branch, TX 75234-6071
14174597       +Pacific Union Financial, LLC,    1603 LBJ Freeway, Suite 500,    Farmers Branch, TX 75234-6071
14112853       +RMP Greensburg,    Attn: Bankruptcy Dept,    Po Box 349,    Greensburg, IN 47240-0349
14112854       +RMP Greensburg,    1809 N Broadway St,    Greensburg, IN 47240-8217
14112855       +Santander Consumer USA,    5201 Rufe Snow Drive,    Suite 400,
                 North Richland Hills, TX 76180-6036
14112856       +Santander Consumer USA,    Po Box 961275,    Fort Worth, TX 76161-0275
14213737       +Santander Consumer USA Inc.,,    d/b/a Chrysler Capital,    Morton & Craig,
                 110 Marter Avenue, Ste 301,    Moorestown, NJ 08057-3125
14112860       +TekCollect Inc,    871 Park St,    Columbus, OH 43215-1441
14112859       +TekCollect Inc,    Po Box 1269,    Columbus, OH 43216-1269
14231376        U.S. Department of Education,    c/o FedLoan Servicing,    P.O. Box 69184,
                 Harrisburg, PA 17106-9184
14199984       +Wind Gap Municipal Authority,    The Molnar Law Offices,    Routes 33 & 512,
                 6697 Sullivan Trail,    Wind Gap, PA 18091-9790
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 14 2019 03:20:58
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg,    PA 17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Sep 14 2019 03:21:44     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             +E-mail/PDF: gecsedi@recoverycorp.com Sep 14 2019 03:27:50      Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14172593        E-mail/Text: DocumentFiling@lciinc.com Sep 14 2019 03:19:37      13/7, LLC,    PO BOX 1931,
                 Burlingame CA 94011
14213706        E-mail/Text: DocumentFiling@lciinc.com Sep 14 2019 03:19:38      Antero Capital, LLC,
                 PO BOX 1931,    Burlingame CA 94011
14169712       +E-mail/Text: legal@blirentals.com Sep 14 2019 03:20:22      BLI Rentals, LLC,    PO Box 992,
                 Emporia KS 66801-0992
14112830        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 14 2019 03:27:51      Capital One,
                 15000 Capital One Dr,    Richmond, VA 23238
14112832        E-mail/Text: bankruptcy@cavps.com Sep 14 2019 03:21:38      Cavalry Portfolio Services,
                 Po Box 27288,    Tempe, AZ 85281
14112829       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 14 2019 03:27:52      Capital One,
                 Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
```

```
District/off: 0313-4                User: Randi                 Page 2 of 3                 Date Rcvd: Sep 13, 2019
                                    Form ID: pdf900             Total Noticed: 72
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)

```
14123659         E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 14 2019 03:27:52
                 Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
14112831        +E-mail/Text: bankruptcy@cavps.com Sep 14 2019 03:21:38       Cavalry Portfolio Services,
                 Attn: Bankruptcy Department,    500 Summit Lake Ste 400,    Valhalla, NY 10595-2322
14114259        +E-mail/Text: bankruptcy@cavps.com Sep 14 2019 03:21:38       Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
14112836         E-mail/Text: mrdiscen@discover.com Sep 14 2019 03:20:09       Discover Financial,   Po Box 15316,
                 Wilmington, DE 19850
14119412         E-mail/Text: mrdiscen@discover.com Sep 14 2019 03:20:09       Discover Bank,
                 Discover Products Inc,    PO Box 3025,    New Albany, OH  43054-3025
14112835        +E-mail/Text: mrdiscen@discover.com Sep 14 2019 03:20:09       Discover Financial,   Po Box 3025,
                 New Albany, OH 43054-3025
14112841        +E-mail/Text: bncnotices@becket-lee.com Sep 14 2019 03:20:14       Kohls/Capital One,
                 Kohls Credit,    Po Box 3120,    Milwaukee, WI 53201-3120
14112842        +E-mail/Text: bncnotices@becket-lee.com Sep 14 2019 03:20:14       Kohls/Capital One,
                 N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-5660
14112844         E-mail/Text: ktramble@lendmarkfinancial.com Sep 14 2019 03:19:33
                 Lendmark Financial Services,    2118 Usher St Nw,    Covington, GA 30014
14167122        +E-mail/Text: bankruptcydpt@mcmcg.com Sep 14 2019 03:21:19       MIDLAND FUNDING LLC,
                 PO Box 2011,    Warren, MI 48090-2011
14112846        +E-mail/Text: bankruptcydpt@mcmcg.com Sep 14 2019 03:21:19       Midland Funding,
                 2365 Northside Dr Ste 30,    San Diego, CA 92108-2709
14112845        +E-mail/Text: bankruptcydpt@mcmcg.com Sep 14 2019 03:21:19       Midland Funding,
                 2365 Northside Dr Ste 300,    San Diego, CA 92108-2709
14112852         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 14 2019 03:52:02
                 Portfolio Recovery,    120 Corporate Blvd Ste 1,    Norfolk, VA 23502
14112851         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 14 2019 03:52:02
                 Portfolio Recovery,    Po Box 41067,    Norfolk, VA 23541
14169151         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 14 2019 03:27:27
                 Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
14212691        +E-mail/Text: csc.bankruptcy@amwater.com Sep 14 2019 03:22:21       Pennsylvania American Water,
                 PO Box 578,    Alton IL 62002-0578
14161430         E-mail/Text: bnc-quantum@quantum3group.com Sep 14 2019 03:20:30
                 Quantum3 Group LLC as agent for,    JH Portfolio Debt Equities LLC,    PO Box 788,
                 Kirkland, WA  98083-0788
14112858         E-mail/Text: home.sfbank-bankruptcynotice.083i01@statefarm.com Sep 14 2019 03:20:24
                 State Farm Bank,    Attn Credit Reporting,    Bloomington, IL 61702
14112857        +E-mail/Text: home.sfbank-bankruptcynotice.083i01@statefarm.com Sep 14 2019 03:20:24
                 State Farm Bank,    Attn: Bankrupcty,    Po Box 2327,    Bloomington, IL 61702-2327
14163220         E-mail/Text: home.sfbank-bankruptcynotice.083i01@statefarm.com Sep 14 2019 03:20:24
                 State Farm Bank, FSB,    Attn: Bankruptcy Dept.,    PO Box 2328,    Bloomington, IL 61702-2328
14114682        +E-mail/PDF: gecsedi@recoverycorp.com Sep 14 2019 03:27:01       Synchrony Bank,
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 30

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*          ECMC,    PO Box 16408,    St. Paul, MN  55116-0408
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 15, 2019                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 13, 2019 at the address(es) listed below:
              FRANCIS THOMAS TARLECKI    on behalf of Creditor    Pacific Union Financial, LLC
               ecfmail@ecf.courtdrive.com, ecfmail@mwc-law.com
              FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com

```
District/off: 0313-4          User: Randi              Page 3 of 3              Date Rcvd: Sep 13, 2019
                              Form ID: pdf900          Total Noticed: 72
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          JOHN   MOLNAR    on behalf of Creditor    Wind Gap Municipal Authority molnar@ptd.net,
           G25801@notify.cincompass.com
          KEVIN G. MCDONALD    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
           bkgroup@kmllawgroup.com
          PAUL H. YOUNG    on behalf of Debtor Thomas   Waring support@ymalaw.com,   ykaecf@gmail.com,
           paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com
          PAUL H. YOUNG    on behalf of Joint Debtor Lee Anne   Waring support@ymalaw.com,   ykaecf@gmail.com,
           paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com
          RAYMOND M. KEMPINSKI    on behalf of Creditor    State Farm Bank, F.S.B. raykemp1006@gmail.com,
           raykemp1006@gmail.com
          RAYMOND M. KEMPINSKI     on behalf of Creditor    Pacific Union Financial, LLC raykemp1006@gmail.com,
           raykemp1006@gmail.com
          RAYMOND M. KEMPINSKI    on behalf of Creditor    PACIFIC UNION FINANCIAL LLC raykemp1006@gmail.com,
           raykemp1006@gmail.com
          REBECCA ANN SOLARZ     on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
           bkgroup@kmllawgroup.com
          SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com,   ecf_frpa@trustee13.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM   MILLER*R    on behalf of Trustee WILLIAM   MILLER*R ecfemail@FredReigleCh13.com,
           ECF_FRPA@Trustee13.com
          WILLIAM EDWARD CRAIG    on behalf of Creditor    Santander Consumer USA Inc., d/b/a Chrysler
           Capital ecfmail@mortoncraig.com,   mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                     TOTAL: 14

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:   THOMAS WARING &
           LEE ANNE WARING     :   Chapter 13
                                       :
            **Debtor**                    :   Bky. No.   18-13475   ELF

**ORDER DISMISSING CHAPTER 13 CASE AND SETTING DEADLINE FOR APPLICATIONS FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES**

    **AND NOW**, upon consideration of the Motion to Dismiss Case filed by Scott Waterman, Standing Trustee ("the Trustee"), and after notice and hearing, it is hereby **ORDERED** that:

1. This chapter 13 bankruptcy case is **DISMISSED**.

2. Any wage orders previously entered are **VACATED**.

3. Pursuant to 11 U.S.C. §349(b)(3), the undistributed chapter 13 plan payments in the possession of the Trustee shall not revest in the entity in which such property was vested immediately before the commencement of the case. All other property of the estate shall revest pursuant to 11 U.S.C. §349(b)(3).

4. All applications for allowance of administrative expenses (including applications for allowance of professional fees) shall be filed within fourteen (14) days of the entry of this Order.

5. **Promptly after the expiration of the response period for any application authorized by Paragraph 4 above, Counsel for the Debtor shall file either**:

    (a) a Certification of No Response confirming that neither an objection to the proposed compensation nor an application for administrative expense has been filed; or

    (b) a Certification that an objection or an application has been filed (after which the Clerk shall schedule a hearing on all such applications).

6. If no Certification, as required above in Paragraph 5 has been entered on the docket within sixty-three (63) days of the entry of this Order, then the Standing Trustee shall: (a) if any applications for administrative expenses other than Debtor(s)' Counsel's have been filed, request a hearing thereon or (b) if no such applications have been filed, return the undistributed chapter 13 plan payments in his possession to Debtor(s) pursuant to 11 U.S.C. §1326(a)(2).

Date:  9/12/19

                                                    **ERIC L. FRANK**
                                                    **U.S. BANKRUPTCY JUDGE**