# U.S. BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:   THOMAS WARING           :        CHAPTER 13
        LEEANNE WARING          :
        **Debtors**                :        BANKRUPTCY NO. 18-13475

## CERTIFICATE OF SERVICE AND
## CERTIFICATION OF NO RESPONSE

I, Paul H. Young, Esquire, attorney for Debtors, do hereby certify the following:

1.    On **November 10, 2018**, I served a true and correct copy of the Application for Counsel Fees on the Debtor, Trustee and all interested parties.

2.    I have not received a responsive pleading from any party in interest within the time period provided by the Rules of the Court.

3.    On **September 12, 2019**, I served a true and correct copy of the Order Dismissing Chapter 13 Case on the Debtor, Trustee and all interested parties.

WHEREFORE, it is respectfully requested that this Honorable Court enter the proposed Order attached to the Application for Compensation of this Chapter 13 Case.

                                                /s/ Paul H. Young
                                                PAUL H. YOUNG, ESQUIRE
                                                Attorney for Debtor
                                                3554 Hulmeville Road, Suite 102
                                                Bensalem, PA   19020
                                                (215) 639-5297