United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 18-13475-elf
Thomas Waring                                                             Chapter 13
Lee Anne Waring
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4          User: Randi              Page 1 of 1              Date Rcvd: Oct 03, 2019
                              Form ID: pdf900          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 05, 2019.
db/jdb         +Thomas Waring,    Lee Anne Waring,    1635 Alpine Drive,    Pen Argyl, PA 18072-9742

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 05, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 3, 2019 at the address(es) listed below:
              FRANCIS THOMAS TARLECKI    on behalf of Creditor    Pacific Union Financial, LLC
               ecfmail@ecf.courtdrive.com,    ecfmail@mwc-law.com
              FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              JOHN MOLNAR    on behalf of Creditor    Wind Gap Municipal Authority molnar@ptd.net,
               G25801@notify.cincompass.com
              KEVIN G. MCDONALD    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
               bkgroup@kmllawgroup.com
              PAUL H. YOUNG    on behalf of Debtor Thomas  Waring support@ymalaw.com,   ykaecf@gmail.com,
               paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com
              PAUL H. YOUNG    on behalf of Joint Debtor Lee Anne  Waring support@ymalaw.com,   ykaecf@gmail.com,
               paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com
              RAYMOND M. KEMPINSKI    on behalf of Creditor    State Farm Bank, F.S.B. raykemp1006@gmail.com,
               raykemp1006@gmail.com
              RAYMOND M. KEMPINSKI    on behalf of Creditor    Pacific Union Financial, LLC raykemp1006@gmail.com,
               raykemp1006@gmail.com
              RAYMOND M. KEMPINSKI    on behalf of Creditor    PACIFIC UNION FINANCIAL LLC raykemp1006@gmail.com,
               raykemp1006@gmail.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
               bkgroup@kmllawgroup.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com,    ecf_frpa@trustee13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM MILLER*R    on behalf of Trustee WILLIAM  MILLER*R ecfemail@FredReigleCh13.com,
               ECF_FRPA@Trustee13.com
              WILLIAM EDWARD CRAIG    on behalf of Creditor    Santander Consumer USA Inc., d/b/a Chrysler
               Capital ecfmail@mortoncraig.com,   mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                              TOTAL: 14

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| IN RE: | THOMAS WARING, | : | Chapter 13 |
| | LEE ANNE WARING | : | |
| | | : | |
| | Debtors | : | Bky. No. 18-13475 ELF |

# O R D E R

      **AND NOW**, upon consideration of the Application of the Debtors' Counsel for Allowance of Compensation and Distribution of Pre-Confirmation Payments held by the Chapter 13 Trustee ("the Application"), and upon the certification of the Debtor's Counsel ("the Applicant") that proper service has been made on all interested parties, and upon the Applicant's certification of no response,

      It is hereby **ORDERED** that:

1. The Application is **GRANTED.**

2. Compensation is allowed in favor of the Applicant in the amount of **$3,500.00**.

3. To the extent that funds are available, the Chapter 13 Trustee is authorized to distribute to the Applicant the allowed compensation, less **$1,500.00** which was paid by the Debtor prepetition, as an administrative expense pursuant to 11 U.S.C. §1326(b), 11 U.S.C. §507, 11 U.S.C. §503(b) and 11 U.S.C. §330(a)(4)(B).

4. All remaining funds, if any, held by the Trustee shall be disbursed in accordance with 11 U.S.C. §349(b)(3).

**Date: October 3, 2019**

                                                   **ERIC L. FRANK**
                                                   **U.S. BANKRUPTCY JUDGE**